*E-Filed 5/25/11*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONOFACIO CORONADO; JENNIFER CORONADO; EDUARDO CORONADO; BARBARA PECKLERL; AND HANNIBAL AMARE, Individually and On Behalf Of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION and HTC AMERICA, INC.,<br><br>Defendants. | **SPECIAL APPEARANCE**<br><br>CASE NO. CV11-0706 RS<br><br>[~~PROPOSED~~] **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUNE 9, 2011**  AS MODIFIED BY THE COURT |

31267621.1

1   PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the initial case

2   management conference currently scheduled for June 9, 2011, at 10:00 a.m., shall be continued

3   ~~until a date after the Court rules on Sprint Nextel Corporation's Motion to Dismiss the Complaint~~

4   ~~and Plaintiffs have filed a First Amended Complaint~~. to August 11, 2011 at 10:00 a.m.  The parties' Joint Statement is due one week prior to the Conference.

5   SO ORDERED.

7   Dated: 5/24/11

       _____
       RICHARD SEBORG
       United States District Judge

Respectfully submitted,

DATED: May 18, 2011
MCGUIREWOODS LLP
By /s/ A. Brooks Gresham
A. Brooks Gresham
Attorneys for Defendants
SPRINT NEXTEL
CORPORATION (special appearance)

31267621.1

2

[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUNE 9, 2011
CASE NO. CV11-0706 RS