*E-Filed 8/2/11*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONOFACIO CORONADO; JENNIFER CORONADO; EDUARDO CORONADO; BARBARA PECKLER; and, HANIBALL AMARE, Individually and On Behalf Of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION and HTC AMERICA, INC.,<br><br>Defendants. | **SPECIAL APPEARANCE**<br><br>Case No. 3:11-cv-00706-RS<br><br>[~~PROPOSED~~] **ORDER CONTINUING INTIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 11, 2011** |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

[~~PROPOSED~~] ORDER CONTINUING INTIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 11, 2011
CASE NO 11CV00706 RS

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the initial case management conference currently scheduled for August 11, 2011 at 10:00 a.m. shall be continued ~~for sixty (60) days~~. to October 13, 2011 @ 10:00 a.m. The parties shall file a joint CMC Statement at least one week prior to the conference.

SO ORDERED.

Dated: __8/2/11_____

_____
RICHARD SEEBORG
United States District Judge

Respectfully submitted,

THE COREA FIRM, PLLC
By: /s/ Thomas M. Corea
Attorney for Plaintiffs

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

[~~PROPOSED~~] ORDER CONTINUING INTIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 11, 2011
CASE NO 11CV00706 RS