1  GRANT B. STOCK (admitted *pro hac vice*)
   grantstock@sbcglobal.net
2  6936 Brentfield Drive
   Dallas, Texas, 75248
3  Telephone: (972) 930-9459

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANSISCO DIVISION

| | |
|---|---|
| BONOFACIO CORONADO, JENNIFER CORONADO, EDUARDO CORONADO, BARBARA PECKLER, AND HANIBAL AMARE,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION and HTC AMERICA, INC.,<br>Defendants. | CASE NO. 3:11-cv-00706-RS<br><br>[~~PROPOSED~~] ORDER GRANTING GRANT STOCK LEAVE TO WITHDRAW AS CO-COUNSEL OF RECORD FOR PLAINTIFFS |

1
2      TO ALL PARTIES AND THEIR COUNSEL OF RECORD:
3      The motion of Grant Stock for an order granting Mr. Stock leave to withdraw as co-
4 counsel for Plaintiffs was filed on September 27, 2011 without a reserved hearing date, pursuant
5 to instruction of the court clerk.
6      Having reviewed the motion and supporting papers, the Court hereby GRANTS Grant
7 Stock leave to withdraw as co-counsel for Plaintiffs in this action.
8
       DATED:  9/27/11                                     /s/ Richard Seeborg
9                                                          HON. RICHARD SEEBORG
10                                                         U.S. DISTRICT COURT JUDGE