GRANT B. STOCK (admitted *pro hac vice*)
grantstock@sbcglobal.net
6936 Brentfield Drive
Dallas, Texas, 75248
Telephone: (972) 930-9459

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANSISCO DIVISION

| | |
|---|---|
| **BONOFACIO CORONADO, JENNIFER CORONADO, EDUARDO CORONADO, BARBARA PECKLER, AND HANIBAL AMARE,**<br><br>              **Plaintiffs,**<br><br>v.<br><br>**SPRINT NEXTEL CORPORATION and HTC AMERICA, INC.,**<br>              **Defendants.** | **CASE NO. 3:11-cv-00706-RS**<br><br>[~~PROPOSED~~] **ORDER GRANTING GRANT STOCK LEAVE TO WITHDRAW AS CO-COUNSEL OF RECORD FOR PLAINTIFFS** |

1
2       TO ALL PARTIES AND THEIR COUNSEL OF RECORD:
3       The motion of Grant Stock for an order granting Mr. Stock leave to withdraw as co-counsel for Plaintiffs was filed on September 27, 2011 without a reserved hearing date, pursuant to instruction of the court clerk.
6       Having reviewed the motion and supporting papers, the Court hereby GRANTS Grant Stock leave to withdraw as co-counsel for Plaintiffs in this action.

DATED:  9/27/11

_____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE