*E-Filed 2/23/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BONOFACIO CORONADO; JENNIFER CORONADO; EDUARDO CORONADO; BARBARA PECKLER; AND HANNIBAL AMARE, Individually and On Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HTC AMERICA, INC.,<br><br>Defendant. | No. C 11-00706 RS<br><br>**ORDER RE: MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiffs in the above-captioned action filed a motion requesting leave to file a First Amended Complaint (FAC) on February 17, 2012, but neglected to notice the motion for a hearing, as required by Local Rule 7-2.[1] Rather than deny the motion, the Court hereby instructs the parties to appear for a hearing on the motion on **March 29, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor, in the San Francisco Federal Building and Courthouse**. Consistent with the Local Rules, defendant must, if it elects to do so, file an opposition to the motion by March 8, 2012. Similarly, plaintiff must file a reply brief, if any, by March 15, 2012. The Court reserves the right to take the motion under submission without a hearing pursuant to Local Rule 7-1(b).

IT IS SO ORDERED.

---

[1] Plaintiffs are hereby reminded that they must practice in compliance with the Local Rules. Although plaintiffs separately filed the FAC on the record, it remains, of course, a *proposed* amended complaint without any operative effect, unless and until plaintiffs' motion is granted and the FAC is properly filed.

Dated: 2-22-12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE