THOMAS M. COREA (*pro hac vice*)
COREA TRIAL GROUP, LLC
P.O. Box 1000
Red Oak, Texas 75056
214-953-3900 Telephone
214-953-3901 Facsimile
TCorea@corealaw.com

Attorneys for Plaintiffs BONAFACI
CORONADO, JENNIFER CORONADO,
EDUARDO CORONADO, BARBARA
PECKLER, and HANIBALL AMARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BONOFACIO CORONADO, JENNIFER CORONADO, EDUARDO CORONADO, BARBARA PACKLER, and<br>　　　　　Plaintiffs, | CASE NO.  CV 11-0706-JCS<br><br>**PLAINTIFFS' AGREED ORDER TO TO EXTEND HEARING** |
| v. | |
| SPRINT NEXTEL CORPORATION and HTC AMERICA, INC.,<br>　　　　　Defendants. | |

**ORDER**

The Court, having considered the Plaintiffs' Motion to Extend Time of Hearing on Defendant's Motions to Dismiss and Compel, if of the opinion that it should be Granted.

IT IS HEREBY ORDERED that the hearing for Defendant's Motion to Dismiss and Motion to Compel is extended to November 29, 2012 at 1:30 p.m.


Dated:__11/6/12_____          _____
                                        Hon. Richard Seeborg
                                        United States District Court Judge