OTSTOTT & JAMISON, P.C.
George A. Otstott Sr. (Texas Bar No. 15342000)
Two Energy Square
4849 Greenville Avenue, Suite 1620
Dallas, Texas 75206
Telephone: (214) 522-9999
Facsimile: (214) 828-74388
Email: hogmang@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BONOFACIO CORONADO, JENNIFER CORONADO, EDUARDO CORONADO, HANNIBAL AMARE, AND BARBARA PECKLER, Individually and On Behalf Of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v<br><br>HTC AMERICA, INC.,<br><br>Defendants. | CASE NO. CV 3:11-00706-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs Bonofacio Coronado, Jennifer Coronado, Eduardo Coronado, Hannibal Amare, and Barbara Peckler, by and through their counsel, hereby dismiss this action under Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Each side shall bear its own costs.

DATED: December 12, 2012

OTSTOTT & JAMISON, P.C.

By: _____
GEORGE A. OTSTOTT, SR.
Attorneys for Plaintiffs
BONAFACIO CORONADO, JENNIFER CORONADO, EDUARDO CORONADO, HANNIBAL AMARE AND BARBARA PECKLER

19489913.1